# EDWARD E. KOPKO
### LAWYER, P.C.

EDWARD E. KOPKO, LAWYER
JASON VIOLETTE, LAWYER
TRISTYN M. AHART, PARALEGAL
KIMBERLY N. DEGNAN, PARALEGAL

106 EAST COURT STREET
ITHACA, NEW YORK 14850
TELEPHONE: 607.269.1300
FACSIMILE: 607.269.1301
MOBILE: 607.592.4711
office@kopko.law

Tuesday, February 20, 2024

The Honorable Elizabeth A. Wolford
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614
Via: ECF

**Reference: A.G. v. Green; Case No. 6:22-cv-06146**
**Settlement/ Rule 41 Discontinuance**

Dear Judge Wolford:

This case has been settled by agreement between the parties subject only to a mutual release, assignment, and the payment of consideration. Once these matters have been finalized, I will file a Rule 41 Voluntary Dismissal.

Thank you.

Respectfully submitted,

Edward E. Kopko
EEK/knd

cc:     James Philippone, Esq (via ECF)